UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONAL DANILO SANDOVAL-CAMPOS,

                Petitioner,

       -against-

HOMELAND SECURITY,

                Respondent.

25-CV-7993 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On September 26, 2025, the court received this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2254, and opened it as a new civil action under this docket number. Petitioner Ronal Danilo Sandoval-Campos has previously filed another Section 2254 petition arising from the same events. *See Sandoval-Campos v. Homeland Security*, No. 24-CV-3854 (LLS) (S.D.N.Y. filed May 13, 2024) ("*Sandoval-Campos I*"). By order dated August 21, 2025, in *Sandoval-Campos I*, Judge Louis L. Stanton granted Petitioner leave to file a second amended petition. ECF 1:24-CV-3854, 15.

    The Court has reviewed the petition filed in this action and determined that it was opened in error as a new civil action, and that it should have been docketed as a Second Amended Petition in *Sandoval-Campos I*. The Court therefore directs the Clerk of Court to docket the petition in this action (ECF 1) as a Second Amended Petition in *Sandoval-Campos I*, No. 24-CV-3854 (LLS). The Court further directs the Clerk of Court to close this action, No. 25-CV-7993 (LTS).

## CONCLUSION

The Court directs the Clerk of Court to docket the petition in this action (ECF 1) as a Second Amended Petition in *Sandoval-Campos I*, No. 24-CV-3854 (LLS). The Court further directs the Clerk of Court to close this action, No. 25-CV-7993 (LTS).

Because the petition at this time makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  October 2, 2025
        New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge